## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**WENDY WATERS**                                    **CIVIL ACTION NO:**

     **Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

     **Defendant.**

_____/

## COMPLAINT

Plaintiff, WENDY WATERS, by and through the undersigned attorney, sues Defendant,

UNITED STATES OF AMERICA and alleges:

1.      The Plaintiff is a citizen of the State of Florida.

2.      The Defendant is a governmental entity which was, and now is the owner and / or in

possession of the United States Post Office, located at 10990 Fort Caroline Rd., Jacksonville, FL

32225.

3.      The amount in controversy, without interest or costs, exceeds the sum or value

specified by 28 U.S.C. § 1332.

4.      On or about November 18, 2019, Plaintiff was an invitee lawfully on Defendant's

premises located at the above address.

5.      This Court is vested with jurisdiction pursuant to 28 U.S.C. § 1346(b).

6.      All of the events or omissions giving rise to Plaintiff's cause of action occurred in

the Middle District of Florida.  Pursuant to 28 U.S.C. § 1391 (a) venue is proper in the Middle

District of Florida.

7.      Defendant owed a duty to maintain the premises referenced herein in a reasonably safe condition for the safety and benefit of invitees, including the Plaintiff.

8.      At the time and place described above, Defendant breached its duty owed to Plaintiff by negligently failing to exercise reasonable care in the maintenance, inspection, repair, warning, or mode of operation of the business premises.  Specifically, a sidewalk leading to the front entrance had metal brackets protruding up out of the sidewalk, creating a dangerous condition.

9.      At said time and place, Plaintiff tripped and fell because Defendant negligently maintained its premises by allowing the metal brackets to remain on the sidewalk and / or failing to warn of the existence of the metal brackets.

10.     The above negligent condition was known to Defendant or had existed for a sufficient length of time so that Defendant should have known of it.

11.     The above described negligence was the proximate cause of the injury to Plaintiff.

12.     As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of previously existing condition and loss of wages.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff demands judgment against Defendant, as well as costs, attorney's fees, interest, or any other relief, monetary or equitable, to which she is entitled.

Dated this <u>23rd</u> day of March, 2022.

**FARAH & FARAH, P.A.**

<u>/s/ Ryan E. Thompson</u>
Ryan E. Thompson, Esquire
Florida Bar No.:  108389
10 West Adams Street
Jacksonville, Florida 32202
P/F: (904) 515-2736
***Attorney for Plaintiff***

**Email Designation:**
Primary: rthompson@farahandfarah.com
Alt:  jwasik@farahandfarah.com